AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

**V.**

Arcenio Poche-Chacon

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005-M-_1003_-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 31, 2005 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) import into the United States from a place outside thereof, to wit: the Dominican Republic, more than 100 grams of heroin, a Schedule I controlled substance

in violation of Title 21 United States Code, Section(s) 952(a) and 960(a)

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

Official Title

See Affidavit of Special Agent Peter Darling, attached hereto, and incorporated herein by reference.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-01-2005                at                Boston, Massachusetts
Date                                         City and State

Judith G. Dein
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.