UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS )  INDICTMENT NO. 05-M-1003-JGD<br>)<br>)<br>ARCENIO POCHE-CHACON )<br>)<br>Defendant. ) | |

**DEFENDANT ARCENIO POCHE-CHACON**
**MOTION TO CONTINUE DETENTION**
**HEARING/PROBABLE CAUSE**

    Now comes the Defendant, Arcenio Poche-Chacon, and requests this Honorable Court to continue his Detention Hearing/ Probable Cause Hearing from Monday, February 7, 2005 to Friday, February 11, 2005.

                             Respectfully submitted,
                             ARCENIO POCHE-CHACON,
                             Defendant,
                             By Counsel:

                             '/s/Walter H. Underhill, Esquire'
                             WALTER H. UNDERHILL
                             66 Long Wharf
                             Boston, Massachusetts  02109
                             (617) 523-5858

DATED: February 7, 2005

## WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between February 7, 2005 and February 11, 2005 is excludable time under the Speedy Trial Act.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                    February 11, 2005_____

## RULE 7.1 CERTIFICATION

The parties have conferred on this motion and the Government assents to this motion.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                    February 11, 2005_____