UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ANDRES DEL ROSARIO ALAYON a.k.a ANGEL FIGUEROA a.k.a. ARCENIO POCHE CHACON,<br><br>Defendant. | 05CR 10039 NG<br>Criminal No. 05-CR-_____<br><br>VIOLATIONS:<br><br>21 U.S.C. § 952(a) & 960(a) –<br>Importation of Heroin<br><br>18 U.S.C. § 2 –<br>Aiding and Abetting<br><br>18 U.S.C. § 1546 – Using False Identity Card<br><br>18 U.S.C. § 1028A –<br>Aggravated Identity Theft<br><br>21 U.S.C. § 853 –<br>Criminal Forfeiture Allegation |

## INDICTMENT

<u>COUNT ONE</u>:     (21 U.S.C. §§ 952(a) and 960(a) – Importation of Heroin)

The Grand Jury charges that:

On or about January 31, 2005, at Boston, in the District of Massachusetts,

**ANDRES DEL ROSARIO ALAYON a.k.a ANGEL FIGUEROA
a.k.a. ARCENIO POCHE CHACON,**

defendant herein, did knowingly and intentionally import into the United States, from a place outside thereof, to wit: the Dominican Republic, heroin, a Schedule I controlled substance.

It is further alleged that this offense involved at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21,

-1-

United States Code, Section 960(b)(2)(A) applies to this Count.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a) and Title 18 United States Code, Section 2.

**COUNT TWO:**     (18 U.S.C. § 1546(a) –  Using False Identity Card)

The Grand Jury further charges that:

On or about January 31, 2005, at Boston, in the District of Massachusetts,

### ANDRES DEL ROSARIO ALAYON a.k.a ANGEL FIGUEROA a.k.a. ARCENIO POCHE CHACON,

defendant herein, did knowingly and intentionally use, attempt to use, and possess an alien registration receipt card and other document prescribed by statute and regulation for entry into and evidence of authorized stay and employment into the United States, knowing it to be forged, counterfeited, altered, falsely made, and to have been procured by means of false claim and statement and to have been otherwise procured by fraud and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

**COUNT THREE:** (18 U.S.C. § 1028A – Aggravated Identity Theft)

The Grand Jury further charges that:

On or about January 31, 2005, in the District of Massachusetts, the defendant,

**ANDRES DEL ROSARIO ALAYON a.k.a ANGEL FIGUEROA
a.k.a. ARCENIO POCHE CHACON**

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit: Arcenio Poche Chacon, date of birth July 27, 1957, Alien Registration Number 045-318-058, during and in relation to a violation of 18 U.S.C. § 1546(a), as charged in Count Two, to wit: using, attempting to use, and possessing an alien registration receipt card and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made, and to have been procured by means of a false claim and statement and otherwise procured by fraud and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count I of this Indictment, the defendants,

**ANDRES DEL ROSARIO ALAYON a.k.a ANGEL FIGUEROA
a.k.a. ARCENIO POCHE CHACON,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p) and 21 U.S.C. § 970, to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853 and 21 U.S.C. § 970.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
Nancy Rue
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS					February 24, 2005

    Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk
at 3:02 P.M.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
Nancy Rue
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS					February 24, 2005

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk       at 3:02 P.M.

JS 45 (5/97) - (Revised USAO MA 3/25/04)

05CR 10039 NG

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ICE

**City** Boston    **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   05-m-1003-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **Andres del Rosario Alayon**    Juvenile  ☐ Yes  ☒ No

Alias Name  **Arcenio Poche Chacon aka Angel Figueroa**

Address  _____

Birth date (Year only): 1957   SSN (last 4 #): ____  Sex m  Race: Hispanic   Nationality: Dom Rep

**Defense Counsel if known:**  Walter Underhill    **Address:** 66 Long Wharf  02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Nancy Rue    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish (Dominican dialectx)

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  1 Feb 05

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  3 counts

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  24 Feb 05    Signature of AUSA: _____

FOR NANCY RUE

05CR 10039 NG

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Andres del Rosario Alayon aka Arcenio Poche Chacon aka Angel Figueroa

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 952, 960(a) | importation of heroin | 1 |
| Set 2  18 USC 1546 | false identity card | 2 |
| Set 3  18 USC 1028A | aggravated identity theft | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**