UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10039-NG

UNITED STATES OF AMERICA

v.

ANDRES DEL ROSARIO ALAYON

## FURTHER ORDER ON EXCLUDABLE TIME

April 12, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 30, 2005 through May 12, 2005,

the date between the expiration of the initial order on excludable time and the next status conference.

Based upon the prior order of the court dated March 2, 2005 and this order, at the time of the Interim Status Conference on May 12, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge