UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10039-NG

UNITED STATES OF AMERICA

v.

ANDRES DEL ROSARIO ALAYON

**FURTHER ORDER ON EXCLUDABLE TIME**

May 12, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 12, 2005 through June 6, 2005

the date between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated March 2, 2005, April 12, 2005 and this order, at the time of the Final Status Conference on June 6, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge