UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10039-NG

UNITED STATES OF AMERICA

v.

ANDRES DEL ROSARIO ALAYON

## FURTHER ORDER ON EXCLUDABLE TIME

June 6, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 6, 2005 through July 12, 2005

that being the date between the Final Status Conference and the date by which the defendant is to file dispositive motions.

Based upon the prior orders of the court dated March 2, 2005, April 12, 2005, May 12, 2005 and this order, as of July 12, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge