UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT NO. 05-10039-NG |
| ) | |
| ARCENIO POCHE-CHACON ) | |
| aka ANDRES DEL ROSARI0 ALAYON ) | |

## DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

Arcenio Poche-Chacon (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to suppress certain evidence taken from him, both physically and verbally, as the result of a United States Customs detention, interrogation and search which took place on January 31, 2005 within this Judicial District. In so doing, the Defendant invokes his rights under the Fourth, Fifth and Sixth Amendments to the United States Constitution, the applicable case law, and the principles of equity and fair play.

The Court is referred to the Memorandum in Support hereof for further particulars and argument.

> Respectfully submitted,
> ARCENIO POCHE-CHACON,
> By his Counsel:
>
>
> '/s/Walter H. Underhill, Esquire'
> Walter H. Underhill, Esq.
> 66 Long Wharf
> Boston, MA
> 02110
> 4th. Floor
> Tel. # 617-523-5858
> B.B.O. # 506300

DATED: August 8, 2005