UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                          )<br>                              )   No.  05-10039-NG<br>                              )<br>Andres del Rosario Alayon, a.k.a  )<br>ANGEL FIGUEROA a.k.a. ARCENIO )<br>POCHE CHACON,                 )<br>                              )<br>         Defendant            ) | |

**ASSENTED TO**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO SUPPRESS**

The United States of America respectfully moves for an extension of time to respond to Defendant's motion to suppress, until September 9, 2005.  The extension is requested in order to allow supervisory attorneys and counsel for the customs and border inspection agency to review the response before it is filed.

Defense counsel has agreed to the extension.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Nancy Rue
     NANCY RUE
     Assistant U.S. Attorney