UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10039-NG |
| | ) | |
| **ANDRES DEL ROSARIO ALAYON** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Assistant United States Attorney Cynthia W. Lie hereby gives notice of her appearance as government counsel in the above-captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/CYNTHIA W. LIE
     Assistant U.S. Attorney
     United States Attorney's Office
     One Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3183

November 10, 2005