UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10039-NG |
| | ) | |
| **ANDRES DEL ROSARIO ALAYON** | ) | |
| | ) | |

**ASSENTED TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the originally scheduled hearing date on the pending motion to suppress, January 10, 2006, to February 13, 2006, in the interests of justice.  Defense attorney Walter Underhill assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/CYNTHIA W. LIE
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

(617) 748-3183

January 6, 2005