| APPLICANT | LEAVE BLANK | TYPE OR PRINT ALL INFORMATION IN BLACK | | FBI LEAVE BLANK |
|---|---|---|---|---|
| | 1797 TODPRETN | LAST NAME NAM  FIRST NAME  MIDDLE NAME | | |
| | | POCHE CHACON, ARSENIO | | 9525851548110 |
| SIGNATURE OF PERSON FINGERPRINTED | ALIASES AKA | O R I | USDSNVCOZ DOS NATL VISA CTR PILOT PROGRAM PORTSMOUTH, NH | |
| X Arsenio Poche chacon | FA FOLIO | | | DATE OF BIRTH DOB 07/27/57 |
| RESIDENCE OF PERSON FINGERPRINTED | | CITIZENSHIP CTZ | SEX M | RACE | HGT. | WGT. | EYES | HAIR | PLACE OF BIRTH POB DOM. REP. |
| DATE 09/11/95 | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS | YOUR NO. OCA SDO1994322010 | LEAVE BLANK |
| EMPLOYER AND ADDRESS | | FBI NO FBI | CLASS |
| | | ARMED FORCES NO MNU | |
| REASON FINGERPRINTED IMMIGRANT VISA skin problems | | SOCIAL SECURITY NO SOC | REF |
| | | MISCELLANEOUS NO MNU | |

| 1 R THUMB | 2 R INDEX | 3 R MIDDLE | 4 R RING | 5 R LITTLE |
|---|---|---|---|---|
| | amputation | amputation | | |
| 6 L THUMB | 7 L INDEX | 8 L MIDDLE | 9 L RING | 10 L LITTLE |

amputations

| LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L THUMB | R THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |

GOVERNMENT EXHIBIT 4 05m-1003

DEL ROSARIO - Alayon, Andrés
PRINSSJOO
USINS
SAN JUAN, PR

ANDRÉS DEL ROSARIO

9/18/96

A73 529 602

5/1/96

Illegal entry

Order to Show Cause

## Formulario de consentimiento para una radiografía

Yo, suscrito, por la presente consiento que se realice una radiografía del torso de mi cuerpo por un centro medico o atraves de facilidades de rayos-x nombrado por el Servicio de Aduanas de los Estados Unidos. Si es del sexo femenino, tambien consiento al examen de embarazo antes de llevar acabo el rayos x. Yo acepto que los resultados de dichos examenes y archivos relacionados incluyendo los archivos medicos se entreguen a los oficiales del Servicio de Aduanas de los Estado Unidos. Por la presente descargo al centro, y al personal que realice dichos examenes, y a cualquier oficial del Servicio de Aduanas de los Estado Unidos que ordene la realizacion de dichos examenes, de cualquier responsabilidad a raiz de dichos examenes. Comprendo que tengo el derecho de negar dicho consentimiento y acepto que mi consentimiento es brindado voluntariamente y que es libre de amenazas, coecion u otra intimidacion.

Firmado: *ARCENIO Pocte*

Nombre impreso: *ARCENIO Pocte*

Sexo (marque uno): (Masculino)   Femenino

Fecha: 1-31-05

Hora: 2136

Firma del testigo: *Angel L. Pantalalin Quiles*

Insignia #: CAS 00109

Firma del testigo: *R. John*

Insignia #: ~~#57855~~

Spanish


EXHIBIT C


GOVERNMENT EXHIBIT 11