```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA            )
                                    )
         V.                         )
                                    )    No.  05-10039-NG
                                    )
Andres del Rosario Alayon, a.k.a    )
ANGEL FIGUEROA a.k.a. ARCENIO       )
POCHE CHACON,                       )
                                    )
         Defendant                  )
```

**MOTION FOR WITHDRAWAL**

The undersigned Assistant United States Attorney respectfully moves to withdraw from this case, and terminate the previously filed appearance in this matter. As grounds therefor, the undersigned notes that Assistant United States Attorney Cynthia Lie has filed a notice of appearance (Docket 21) and will be representing the government in this case.

                              Respectfully submitted,


                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Nancy Rue
                              NANCY RUE
                              Assistant U.S. Attorney