UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10039-NG |
| | ) | |
| ANDRES DEL ROSARIO ALAYON | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE TRIAL DATE AND TO
EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, for a continuance of the trial date, currently scheduled for February 27, 2006.  The parties request a date that is after the new motion to suppress hearing date (the parties previously filed a joint motion to continue that suppression hearing on February 6, 2006) and that is convenient for the Court.

The parties also move pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the originally scheduled trial date of February 27th, to the new date, in the interests of justice.

Respectfully submitted,

```
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/CYNTHIA W. LIE
                              Assistant U.S. Attorney
                              United States Attorney's Office
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3183
```

February 6, 2006

By: /s/WALTER H. UNDERHILL
Law Office of Walter H. Underhill
66 Long Wharf
4th Floor
Boston, MA 02110