UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-10039-NG |
| | ) | |
| ANDRES DEL ROSARIO ALAYON, | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF PAUL R. MOORE

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United States of America in the above-captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                By:    /s/ Paul R. Moore
                          PAUL R. MOORE
                          Assistant U.S. Attorney
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02210
Date: May 31, 2006            (617) 748-3654

CERTIFICATE OF SERVICE

Suffolk, ss.                                              Boston, Massachusetts
                                                          May 31, 2006

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel via electronic filing.

                                          /s/ Paul R. Moore
                                          Paul R. Moore
                                          Assistant U.S. Attorney