UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 05-10039-NG |
| v. | ) | |
| | ) | |
| ANDRES DEL ROSARIO ALAYON, | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE HEARING

The parties hereby jointly respectfully move the Court to continue the Pre-Trial Hearing in this matter until at least May 2, 2007.  The parties represent that this continuance is necessary in order for the parties to continue exploration of resolving the matter short of trial.  The parties will alert the Court if an earlier time is practicable, should the Court agree to the continuance.

The parties also agree to the exclusion of all time between this filing and May 2, 2007 (or any other date on which the Court may choose to re-schedule this matter) from Speedy Trial calculations, as it is in the interests of justice so to do.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | ANDRES DEL ROSARIO ALAYON |
| United States Attorney | Defendant |
| By:   /s/ Paul R. Moore | By:   /s/ Walter Underhill, Esq. |
| Paul R. Moore | Walter Underhill, Esq. |
| Assistant United States Attorney | Counsel for Mr. Alayon |

DATE:       February 13, 2007