# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )   |  |
| ) |  |
| v.    ) | CRIMINAL NO. 05-10039-NG |
| ) |  |
| ANDRES DEL ROSARIO ALAYON,    ) |  |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and the defendant, Mr. Alayon, by and through his counsel, Walter H. Underhill, Esq., jointly move pursuant to §3161(h)(8)(A) that the period from May 2, 2007, the date on which a Status Conference was held in this matter, up to and including June 13, 2007, the date on which a Further Conference is scheduled to be held in this matter. As reasons therefore, the parties represent that this exclusion is necessary so that the parties may have further opportunity to actively examine the possibility of resolution of this matter short of trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from May 2, 2007, through June 13, 2007.

(Alayon: Motion to Exclude Time; contd.)

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


        ANDRES DEL ROSARIO ALAYON
        Defendant

By:    /s/ Walter H. Underhill (by PRM w/ perm.)
        Walter H. Underhill, Esq.
        Counsel for Mr. Alayon

DATE:  May 2, 2007