UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-10039 NG |
| | ) | |
| ANDRES DEL ROSARIO ALAYON | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF ANGEL KELLEY**

Please enter and add the appearance of Assistant U.S. Attorney Angel Kelley for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Angel Kelley
Angel Kelley
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date: March 26, 2008

CERTIFICATE OF SERVICE

Suffolk, ss.                                              Boston, Massachusetts
                                                          March 26, 2008

    I, Angel Kelley, Assistant U.S. Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 26, 2008.

                                                    /s/ Angel Kelley
                                                  Angel Kelley
                                                  Assistant U.S. Attorney