UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | INDICTMENT NO. 05-10039-NG |
| ) | |
| ARCENIO POCHE-CHACON ) | |
| aka ANDRES DEL ROSARI0 ALAYON ) | |

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE
STATUS HEARING**

Arcenio Poche-Chacon (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to continue the hearing on this matter currently scheduled on June 10, 2008 for sentencing. The defendant speaks no English and an interpreter will be necessary.

         Respectfully submitted,
         ARCENIO POCHE-CHACON,
         By his Counsel:


         '/s/Walter H. Underhill, Esquire'_
         WALTER H. UNDERHILL
         66 Long Wharf
         Boston, Massachusetts   02110
         (617) 523-5858

DATED: June 10, 2008


RULE 7.1 CERTIFICATION

  I have contacted AUSA Angel K. Brown and notified her of my motion to continue. Although I did not speak to him personally, we have an understanding that motions to continue are assented to unless communicated otherwise by either counsel.

SIGNED:  '/s/Walter H. Underhill, Esquire'_

DATE:   __June 10, 2008_____

1

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

SIGNED:  '/s/Walter H. Underhill, Esquire'
         WALTER H. UNDERHILL, ESQ.

DATE:    **June 10, 2008**